**FILED**
August 13, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DEANNA WILLIAMS, )<br>)<br>Defendant. ) | Case No. 2:10-MJ-0240-3 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DEANNA WILLIAMS</u>, Case No. <u>2:10-MJ-0240-1</u>, Charge <u>Title 18 USC §§ 1028, 1028A, 1029, 1343, 1956</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- ✔ Release on Personal Recognizance

- ▁ Bail Posted in the Sum of $▁

  - ▁ Unsecured Appearance Bond

  - ▁ Appearance Bond with 10% Deposit

  - ▁ Appearance Bond with Surety

  - ▁ Corporate Surety Bail Bond

- ✔ (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 13, 2010</u> at <u>4:00</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge