**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Deanna Williams

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br><br>DEANNA WILLIAMS, et al.,<br><br>            Defendant | Case No. Cr.S-10-00361 LKK<br><br>ORDER RE DEANNA WILLIAMS'<br>WAIVER OF PERSONAL PRESENCE |

Defendant, Deanna Williams, hereby waives the right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant Williams hereby requests the Court to proceed during every absence of the defendant which the Court may permit pursuant to this waiver; agrees that defendant's interest will be deemed represented at all times by

-1-

the presence of defendant's attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the Court may fix in defendant's absence.

Defendant Williams further acknowledges that she has been informed of her rights under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes her counsel to set times and delays under the Act without her being present.

The original signed copy of the waiver is preserved by Ms. Williams' attorney.

DATED: January 24, 2011          I consent to the above waiver of
                                 personal appearance.

                                 /s/Deanna Williams
                                 ANJENETTE BROWN
                                 Defendant

DATED: January 24, 2011          I agree to the above waiver of
                                 personal appearance.

                                 /s/Michael B. Bigelow
                                 MICHAEL B. BIGELOW

**IT IS HEREBY ORDERED**

1. That Deanna Williams' appearance in open court is waived upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury, and imposition of sentence.

**IT IS SO ORDERED.**

Date: January  27, 2011

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT