**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email:mbigelow6401@sbcglobal.net

Attorney for Defendant
Deanna Williams

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. Cr.S-10-361   LKK |
| | ) | |
| Plaintiff | ) | STIPULATTION AND ORDER |
| | ) | FOR FILING OBJECTIONS TO PSR AND |
| v. | ) | SENTENCING |
| | ) | |
| DEANNA WILLIAMS | ) | Date:     July 26, 2011 |
| | ) | Time:     9:15 AM |
| Defendant | ) | Court:    LKK |
| | ) | |

  IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Tuesday, June 28, 2011 at 9:15 AM for sentencing be rescheduled for July 26, 2011, at 9:15 AM at 9:15 AM for sentencing.

  It is further agreed and stipulated that informal objections to the PSR shall be filed no later than Thursday, June 30, 2011 and that formal objections shall be filed no later than July 15, 2011. A corrected PSR, if any shall be filed on or about Tuesday July 8, 2011.

-1-

1  This stipulation and agreement is entered into for the
2  following reasons: the matter is complex and the issues relative
3  to sentencing, at least as to this defendant have not been
4  resolved.

**IT IS SO STIPULATED**

```
Dated: June 23, 2011          /S/ MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Defendant


Dated: June 23, 2011          /S/CAROLYN DELANY
                              Carolyn Delaney, AUSA
```

**IT IS SO ORDERED**

DATED: June 27, 2011

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```