**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Deanna Williams

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-10-00361 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | REGARDING RESTITUTION |
| vs. ) | |
| ) | |
| DEANNA WILLIAMS, et al., ) | |
| ) | |
| Defendant ) | |

    Defendant, Deanna Williams, is to be sentenced on July 26, 20011. With respect to restitution, Deanna Williams and the Government, by and through counsel, agree and stipulate that the Court may enter an order setting the total amount of restitution to be $37,056.40 to be paid by Ms. Williams, jointly and severally with any co-defendants who have been previously or will later be ordered to pay restitution to these same

-1-

previously identified recipients in an amount previously determined by probation.

DATED: July 25, 2011          Respectfully submitted,


                              /s/Michael B. Bigelow
                              MICHAEL B. BIGELOW
                              Attorney for Deanna Williams


DATED: July 25, 2011          /s/Carolyn Delaney
                              CAROLYN DELANEY
                              Attorney for Plaintiff




**IT IS HEREBY ORDERED**

1. That Deanna Williams shall pay restitution in the total amount of $37,056.40, in sums previously allocated to identified victims as determined by probation.

Restitution shall be joint and several with any co-defendants who have been or will later be sentenced to pay restitution to these same recipients.

**IT IS SO ORDERED.**

Date: July 26, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT